**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-6799**

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

       v.

CHRISTIAN DIAMOND BYRD, a/k/a Diamond,

       Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:14-cr-00455-TDC-1)

Submitted: August 24, 2017                  Decided: August 29, 2017

Before GREGORY, Chief Judge, and SHEDD and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christian Diamond Byrd, Appellant Pro Se. Deborah A. Johnston, Assistant United States Attorney, Thomas Patrick Windom, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christian Diamond Byrd appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Byrd*, No. 8:14-cr-00455-TDC-1 (D. Md. June 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*